WILLIAM C. CHAPMAN ET AL. *v.* WHITE SEWING MACHINE COMPANY.

1. SUPREME COURT PRACTICE. *Death of appellant.*

 If, after the rendition of a judgment by the supreme court and the overruling of a suggestion of error thereto, it be ascertained that the appellant had died before the judgment was rendered, such judgment is void, may be vacated, and, upon revivor, the cause can be again submitted on the merits.

2. HOMESTEADS. *Declaration. Code.*1892. § 1973.

 If a debtor, in making a homestead declaration, as provided by code 1892, § 1973, select land in which he has title only to an undivided one-half interest, he will be bound by the selection. *Chapman* v. *White Sewing Machine Co.,* 76 Miss., 821 (previous report of this case), modified.

FROM the chancery court, second district, of Hinds county.

HON. HENRY C. CONN, Chancellor.

The Sewing Machine Co., appellee, was the complainant in the court below. The facts are stated in the previous report

(76 Miss., 821), to which reference is made. The opinion now reported shows how the case came before the court a second time.

*W. C. Wells,* for appellants.

*A. H. Jayne* and *W. R. Harper,* for appellee.
[A synopsis of the briefs of counsel on both sides is given in the former report of the case, 76 Miss., page 822.]

Argued orally by *W. C. Wells,* for appellants, and by *W. R. Harper,* for appellee.

WHITFIELD, C. J., delivered the opinion of the court.

After the delivery of the opinion in this case found in 76 Miss., 821, and after a suggestion of error therein had been overruled, it was ascertained that at the time of the rendition of the jdgment W. C. Chapman was dead. The judgment was therefore vacated as void, and this case, revivor having been had, has been again presented.

The opinion in 76 Miss., supra, will be now re-entered as our opinion in this case, in all things except that the decree of the chancellor is affirmed as to the allotment of homestead.

The deed failing as to the one undivided half interest attempted to be conveyed to John D. Chapman, that half interest remained in the father, and if he chose to declare a homestead in 160 acres in which he only owned a one undivided half interest, he is bound by it. There might be a value attaching to that half interest making it specially desirable as a homestead, and of three thousand dollars value even, as to his undivided half therein. Appellee will pay all costs.

*Decree affirmed in all things except as to the relief granted against Mrs. W. C. Chapman, and as to her the same is reversed and cause remanded for decree in accordance with this opinion.*